IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NADIA ASHI and BASIL ASHI, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, a corporation,<br><br>Defendant. | Civil Action No. 05-1686<br><br>ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL

We, the attorneys for the respective parties do hereby stipulate to the dismissal of each other from the above action with each party bearing its own costs and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

s/ Bernard C. Caputo
Bernard C. Caputo, Esquire
Attorney for Plaintiffs
PA I.D. No. #58819

JOHN A. CAPUTO & ASSOCIATES
Three Gateway Center, 5th Floor
Pittsburgh, PA 15222
412-391-4990
412-391-3121 (fax)
bcaputolaw@aol.com

s/ Daniel L. Rivetti
Daniel L. Rivetti, Esquire
Attorney for Defendant
PA I.D. #73015

ROBB LEONARD MULVIHILL
2300 One Mellon Center
Pittsburgh, PA 15219
412-281-5431

## ORDER

AND NOW, this 14th day of Sept, 2006, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE